AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED U.S. DISTRICT COURT AUGUSTA DIV.
24 JAN 24 PM 2:43
CLERK SO. DIST. OF GA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Dillon Joyner | ) Case No: | 6:18CR00014-15 |
| | ) USM No: | 22699-021 |

Date of Original Judgment: June 12, 2019
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

John E. Morrison
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___96 months___ **is reduced to** ___80 months___.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___June 12, 2019___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/24/2024

*Judge's signature*

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
*Printed name and title*

Effective Date: February 1, 2024
*(if different from order date)*